[No. 48414-5-II.   Division Two.   July 25, 2017.]

*In the Matter of the Parenting and Support of* AUBREY VANETA JOHNSON.

JENNIFER CHRISTINE JOHNSON, *Respondent*, v. TIMOTHY WAYNE JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-3-02245-9, Vicki L. Hogan, J., entered December 4, 2015. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Maxa, A.C.J., and Lee, J.

[No. 48556-7-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. STARLA RENEE CLEMENS, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00224-7, F. Mark McCauley, J., entered January 29, 2016. *Affirmed* by unpublished opinion per Lee, J., concurred in by Maxa, A.C.J., and Johanson, J.

[No. 48652-1-II.   Division Two.   July 25, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND JENSEN, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 15-1-00251-4, David L. Edwards, J., entered February 8, 2016. *Affirmed* by unpublished opinion per Bjorgen, C.J., concurred in by Worswick and Johanson, JJ.